UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN W. KAPALA,<br><br>         Petitioner,<br><br>  v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>         Respondent. | Case No. LACV 18-9056-DOC (LAL)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 6, 2020

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE